# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br>v.<br><br>WALTER SZAREK,<br><br>Defendant. | **CASE NO.: 2:12-CV-02134-PHX-NVW**<br><br>**CLERK'S ENTRY OF DEFAULT PURSUANT TO RULE 55(a)** |

The Clerk of the U.S. District Court, having examined the file of the above case and documents contained therein finds them in order, and further finds that the Defendant, Walther Szarek, was served with the copies of the Summons and Complaint on October 30, 2012, and that at this time more than 21 days have passed and that the Defendant has not appeared, answered, or otherwise plead, therefore, default is entered against Defendant, Walter Szarek.