IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings LLC,<br><br>            Plaintiff,<br><br>v.<br><br>Walter Szarek,<br><br>            Defendant. | No. CV-12-02134-PHX-NVW<br><br>**DEFAULT JUDGMENT** |

Before the Court is Plaintiff's Motion for Default Judgment Against Defendant Walter Szarek (Doc. 14).  In the Court's discretion and in light of the presentation in Plaintiff's Motion, statutory damages pursuant to 17 U.S.C. 504(c)(1) will be awarded in the amount of $750.00.  In the Court's discretion, further damages under 17 U.S.C. 504(c)(2) will not be awarded.  Attorney's fees in the amount of $3,850.00 will be awarded, which the Court finds to be the reasonable fees, plus taxable costs in the amount of $395.00.

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment Against Defendant Walter Szarek (Doc. 14) is granted as follows.

    IT IS FURTHER ORDERED that the Clerk enter default judgment in favor of Plaintiff AF Holdings, L.L.C., against Defendant Walter Szarek in the amount of $750.00

damages; $3,850.00 attorney's fees; and $395.00 taxable costs, for a total of $4,995.00, plus interest thereon at the rate of 0.15% per annum from the date of judgment until paid. The Clerk shall terminate this action.

Dated this 31st day of January, 2013.

_____
Neil V. Wake
United States District Judge